

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2015

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny, Individually and as Next Friends of Cameron A. Cerny,
A Child,
Appellants

v.

**MARATHON OIL CORPORATION**, Marathon Oil EF LLC, and Plains Exploration &
Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on April 6, 2015.

It is so ORDERED on this 17th day of March, 2015.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court